# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 30, 2014

### NO.  03-12-00071-CV

**Marian Swanson and Claudia Romain, Appellants**

**v.**

**Stouffer & Associates, LLP, Appellee**

**APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHEIF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment signed by the district court on October 19, 2011.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment.  Therefore, the Court affirms the district court's judgment.  The appellants shall pay all costs relating to this appeal, both in this Court and the court below.